**TEXACO, INC., Appellant,**

v.

**John MARTIN, Distributor, Appellee.**

Court of Appeals of Kentucky.

Jan. 19, 1973.

Alexander G. Booth, Gerald Kirven, O. Grant Bruton and Jefferson Davis Stewart, III, Louisville, for appellant.

Rudy Yessin, Frankfort, C. Maxwell Brown, Clay Morton, Tarrant, Combs, Blackwell & Bullitt, Louisville, for appellee.

Opinion of the Court by Commissioner CULLEN, Reversing.*

---

**Paul KINDERKNECHT, Appellant,**

v.

**LEXINGTON GROCERY CO., INC. and Everett Reynolds Richie, Appellees.**

Court of Appeals of Kentucky.

Jan. 19, 1973.

Julian W. Knippenberg, Carroll & Knippenberg, Lexington, for appellant.

William H. McCann, Brown, Sledd & McCann, Lexington, for appellees.

Memorandum Opinion of the Court by Special Commissioner BEN MANN, Affirming.*

---

**Charlotte LYLES**

v.

**Coles W. RAYMOND, M.D.**

Court of Appeals of Kentucky.

Jan. 19, 1973.

David R. Reed, Jr., Reed, Scent & Walton, Paducah, for appellant.

Thomas J. Marshall, Jr., Paducah, for appellee.

Memorandum Opinion of the Court by Special Commissioner WILLIAM E. FANNING, Affirming.*

---

**E. E. MUSGRAVE, Appellant,**

v.

**Hoover DAWAHARE and Donald F. Crosthwaite, Appellees.**

Court of Appeals of Kentucky.

Jan. 19, 1973.

Robert J. Greene, Perry & Greene, Paintsville, for appellant.

Harry M. Caudill, Whitesburg, for appellees.

Opinion of the Court by Special Commissioner ROBERT O. LUKOWSKY, Affirming.*

* Opinion ordered not to be published.